UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEBORA SUE HALL,

    Plaintiff,                                       Case No. 3:20-cv-522

vs.

DONALD TRUMP, *et al*.,                  District Judge Michael J. Newman

    Defendants.

_____

**ORDER: (1) GRANTING *PRO SE* PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* (DOC. 1); (2) DISMISSING *PRO SE* PLAINTIFF'S COMPLAINT (DOC. 1-2) AS FRIVOLOUS; (3) ORDERING THAT SERVICE OF PROCESS NOT ISSUE; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**
_____

       This civil case is before the Court This civil case is before the Court on *pro se* Plaintiff's motion to proceed in forma pauperis ("IFP") under 28 U.S.C. § 1915. Doc. 1. For good cause shown, the undersigned **GRANTS** Plaintiff's motion. Doc. 1. Because Plaintiff is proceeding IFP, the Court is required to screen his complaint pursuant to 28 U.S.C. § 1915(e)(2) to determine whether it is "frivolous or malicious or fails to state a claim upon which relief may be granted." *Johnson v. City of Wakefield*, 483 F. App'x 256, 260 (6th Cir. 2012); *Brewer v. Cleveland Mun. Sch. Dist.*, 84 F. App'x 570, 571 (6th Cir. 2003).

       In his *pro se* complaint, Plaintiff alleges that the federal government "has surveillance on [her] and her family" that has been ongoing "for 20 years." Doc. 1-2 at PageID 7. Plaintiff further claims that the government puts chemicals in her home, water, and food; urinates and excretes in her home; and has caused her a number of personal injuries to her -- including causing pressure in her head, her leg to break, and her teeth to fall out. *Id*. These allegations can aptly be characterized as "describing fantastic or delusional scenarios"; thus, satisfying the definition of frivolousness.

*Neitzke v. Williams*, 490 U.S. 319, 325, 327-28 (1989).  Accordingly, the undersigned finds that: (1) Plaintiff's *pro se* complaint be **DISMISSED** as frivolous under 28 U.S.C. § 1915; (2) service of process not issue; and (3) this action be **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**


Date:  January 6, 2021                    s/ Michael J. Newman
                                                       Michael J. Newman
                                                       United States District Judge